EXHIBIT 2

# Kristine Sullivan

| | |
|---|---|
| **From:** | Kristine Sullivan |
| **Sent:** | Wednesday, December 16, 2015 3:06 PM |
| **To:** | 'Guzman, Elizabeth' |
| **Cc:** | Kathy Smith |
| **Subject:** | Request for complete records and amended request -- BMNTC |

Beth,

I know Kathy has already spoken with you about some of this, but I wanted to follow up with you as well, and to make an additional request regarding the records we recently received from Black Mountain Neuro-Medical Treatment Center.

1. As Kathy shared, the records provided were heavily and unnecessarily redacted. After reviewing some of the documents, Disability Rights NC has determined that the level of redacted information is such that it is impeding our ability to conduct an investigation into this matter. Therefore, we request that BMNTC re-submit the requested documents to Disability Rights NC no later than Monday, December 21, 2015 (three business days from the date of this email). Please ensure that BMNTC staff understand that our access authority (as outlined in our previous letter requesting these records) entitles Disability Rights NC to receive unredacted information regarding the specific patient in question, along with the names of staff members involved in ▇ care and treatment. Staff names, the patients' birthday or date of admission, etc. should not be redacted. Nor should any information that constitutes a public record, such as the names of individuals who attended a meeting of the Human Rights Committee. The <u>only</u> information that may be redacted is the name(s) and identifying information of any other patient(s) discussed in these documents.

2. Also no later than Monday, please provide Disability Rights NC with a list of the type(s) of documents, if any, that were not provided to us and which BMNTC and/or DSOHF has identified as falling under the protections of the Patient Safety Organization system.

3. Finally, we would like to amend our original request to include the minutes of the Human Rights Committee meeting that occurred on November 9, 2015. This should include minutes of any closed session that was held.

Please feel free to call me with any questions or concerns.

Thank you,
Kristine

Kristine L. Sullivan, Attorney
Disability Rights North Carolina
*Champions for Equality and Justice*

*Disability Rights NC is the state's protection and advocacy system. DRNC is a 501 (c)(3) organization. Donations support our efforts to promote a clear and independent voice for North Carolinians with disabilities.*
**Disability Rights NC participates in the State Employees Combined Campaign. Our SECC # is 1544.**