EXHIBIT 3

**Kristine Sullivan**

| | |
|---|---|
| **From:** | Guzman, Elizabeth [elizabeth.guzman@dhhs.nc.gov] |
| **Sent:** | Thursday, December 17, 2015 3:32 PM |
| **To:** | Kristine Sullivan |
| **Cc:** | Corbett, Lisa |
| **Subject:** | Request for complete records and amended request - BMNTC |

Kristine,

As you can see from my e-mail to you dated 7 December 2015 I acknowledged that the first run of records was over-redacted. I am aware of DRNC's authority to access these records and the extent of information that must be provided. I also acknowledged to Kathy that the set I provided to her last week was still over-redacted, though considerably less so than the original set I received from BMNTC. That said, there is still an abundance of information concerning this resident, and the redactions therein are the result of an honest mistake and misapprehension of the rules on the part of the employee that prepared the records. There was certainly no intent to "impede the investigation."  I am receiving a clean copy today which I will be redacting myself. You will receive those records by close of business 21 December 2015, along with the requested items in paragraph 3 of your e-mail.

The information that has not been produced meets the definition of Patient Safety work product as that term is defined in DOSHF policy and the federal Patient Safety and Quality Improvement Act and its accompanying federal regulations.

BMNTC has provided you with all information concerning this incident other than that which is confidential and privileged pursuant to the Patient Safety and Quality Improvement Act.

BMNTC is hopeful that this investigation will be part of a collaborative effort to meet the shared goal of our respective organizations: provision of excellent care to the resident.


Elizabeth Guzman
Assistant Attorney General
Broughton Hospital
1000 S. Sterling St., Box 121
Morganton, NC 28655
Telephone: (828) 433-2006
Facsimile:  (828) 433-2168
elizabeth.guzman@dhhs.nc.gov
www.ncdhhs.gov/mhddsas


Email correspondence to and from this address is subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized State official. Unauthorized disclosure of juvenile, health, legally privileged, or otherwise confidential information, including confidential information relating to an ongoing State procurement effort, is prohibited by law. If you have received this e-mail in error, please notify the sender immediately and delete all records of this e-mail.