IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:16-cv-00137-MOC-DLH

| | |
|---|---|
| DISABILITY RIGHTS NORTH CAROLINA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD BRAJER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services, <br><br> Defendant. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel:

In accordance with Fed. R. Civ. P. 41(a)(1), this action and all claims are hereby dismissed without prejudice with each party to bear its own costs and expenses, including attorney's fees, except as established in the parties' settlement agreement.

This 20th day of December, 2016.

For: PLAINTIFF

/s/ Kristine L. Sullivan
Kristine L. Sullivan
N.C. Bar No. 35595
kristine.sullivan@disabilityrightsnc.org

/s/ John R. Rittelmeyer
John R. Rittelmeyer
N.C. Bar No. 17204
john.rittelmeyer@disabilityrightsnc.org

*Attorneys for Plaintiff*
DISABILITY RIGHTS NC
3724 National Drive, Suite 100
Raleigh, NC 27612
Phone: (919) 856-2195
Fax: (919) 856-2244

For: DEFENDANT

ROY COOPER
ATTORNEY GENERAL

<u>/s/ Michael T. Wood</u>
Michael T. Wood
Special Deputy Attorney General
N.C. Bar No. 32427
N.C. Department of Justice
Post Office Box 629
Raleigh, NC  27602
Phone: (919) 716-0186
Fax: (919) 716-6758
mwood@ncdoj.gov

<u>/s/ Elizabeth Guzman</u>
Elizabeth Guzman
Assistant Attorney General
N.C. Bar. No. 23144
Broughton Hospital
1000 S. Sterling St., Box 121
Morganton, NC  28655
Phone: (828) 433-2006
Fax: (828) 433-2168
elizabeth.guzman@dhhs.nc.gov